# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Khadija Mumin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/18/08..The defendant is informed of his rights. Enter order appointing the Federal Defender Panel as counsel for defendant. Detention hearing held; the defendant is ordered released. The indictment is ordered unsealed.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT

FILED

2008 JUN 18 PM 5: 34